UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                                    Plaintiff,

                    -against-

ELMO KENNEDY O'CONNOR p/k/a
"BONES", et al.,

                                    Defendants.

26-CV-2426 (LTS)

ORDER DIRECTING ADDRESS

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. Plaintiff commenced this action without providing an address of record for service. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented. The paper must state the signer's address, email address, and telephone number." Fed. R. Civ. P. 11(a). Moreover, a standing order in this district provides that "[i]t is a party's obligation to provide an address for service . . . ." *In Re: Cases Filed By Pro Se Plaintiffs, This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Standing Order"); *see also Electronic Case Filing Rules*, Rule 8.2 ("Electronically filed documents must include a signature block and must set forth the name, address, telephone number and e-mail address all in compliance with the Federal Rules of Civil Procedure and Local Civil Rule 11.1.").[1]

---

[1] Plaintiff has filed numerous *pro se* actions, and when he filed this action he had already been repeatedly advised that he must provide an address of record. *See, e.g.*, *Goldman v. Advance Publications, Inc.*, No. 26-CV-0769 (LTS) (S.D.N.Y. Mar. 3, 2026) (ECF 4) ("The Court reiterates this notice that Plaintiff must provide an address for service.").

Plaintiff is directed, within 14 days of the date of this order, either (1) to sign and submit the Notice of Change of Address with a current address, or (2) to consent to accept electronic service of documents in this case.[2] Copies of these forms are attached. If Plaintiff submits the Notice of Change of Address or Consent to Electronic Service, the form must be labeled with docket number 26-CV-4180 (LTS).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice to Plaintiff refiling it.[3] This order is viewable on the docket.[4]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    May 20, 2026
          New York, New York

                         /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                   Chief United States District Judge

---

[2] If Plaintiff consents to accept electronic service, Plaintiff will no longer receive copies by postal mail.

[3] If Plaintiff is unable to provide an address or email address, Plaintiff must nevertheless respond within 14 days and explain any reason why Plaintiff is unable to do so.

[4] As a courtesy, this order shall also be transmitted to a recent mailing address (15 West 55th Street, Apt. 5B, New York, NY 10019) and email address (justin@pr1mesound.com) for Plaintiff from an earlier action.