UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

JUSTIN GOLDMAN,

                            Plaintiff,

              -v-

TEAMSESH RECORDS LLC,

                     Defendant.

------------------------------------------------------------------ X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:  6/8/2026**

1:26-cv-4180-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On June 2, 2026, Plaintiff filed a letter requesting that the Court direct the Clerk of Court to amend the caption of the case to change the defendant from "TeamSesh Records LLC" to "TeamSesh LLC" and to issue amended summons. That application is denied. Pursuant to Federal Rule of Civil Procedure 15, Plaintiff may amend his complaint without leave of court within 21 days after serving it. *See* Fed. R. Civ. P. 15(a). The Clerk of Court will reissue summons following successful amendment of the complaint.

       SO ORDERED.

Dated: June 8, 2026

                                      GREGORY H. WOODS
                                 United States District Judge