UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

<table>
<tr><td>JUSTIN GOLDMAN,</td><td>:</td><td></td></tr>
<tr><td></td><td>:</td><td></td></tr>
<tr><td>Plaintiff,</td><td>:</td><td>1:26-cv-4180-GHW</td></tr>
<tr><td></td><td>:</td><td></td></tr>
<tr><td>-v-</td><td>:</td><td>ORDER</td></tr>
<tr><td></td><td>:</td><td></td></tr>
<tr><td>TEAMSESH RECORDS LLC,</td><td>:</td><td></td></tr>
<tr><td></td><td>:</td><td></td></tr>
<tr><td>Defendant.</td><td>:</td><td></td></tr>
<tr><td></td><td>:</td><td></td></tr>
</table>

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On June 23, 2026, Defendant Empire Distribution, Inc. filed a motion to dismiss without requesting a pre-motion conference. Dkt. No. 17. Plaintiff's opposition is due no later than July 14, 2026. If Plaintiff fails to file an opposition by that date, the Court will deem Defendant's motion as fully briefed and resolve it in due course. Defendant Empire Distribution's reply, if any, is due no later than July 21, 2026.

SO ORDERED.

Dated: June 25, 2026
        New York, New York

_____
GREGORY H. WOODS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2026