REITLER
REITLER KAILAS & ROSENBLATT LLP

Brett Van Benthysen
Direct dial: 212-209-3045
Email: bvanbenthysen@reitlerlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

**MEMORANDUM ENDORSED**

August 14, 2026

**Via ECF**
The Honorable Gregory H. Woods
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**Re:** ***Justin Goldman v. Elmo Kennedy O'Connor, et al.*** **(1:26-cv-04180-GHW)**

Dear Judge Woods:

I write on behalf of defendant Empire Distribution, Inc. ("Empire") in the above-referenced action filed by Plaintiff pro se Justin Goldman ("Plaintiff"). I write pursuant to Your Honor's Individual Practices in pro se cases Rule 1C to respectfully request an adjournment of the Initial Pretrial Conference, which is currently scheduled for August 28, 2026. The reason for the request is that I will be on vacation the week of August 24. I have conferred with Plaintiff, who consents to this adjournment, and we respectfully request that the Court reschedule the conference for the week of August 31. Alternatively, both parties are available to attend via teleconference or video conference on August 28 (or any day thereafter) if the Court permits. The parties intend to submit the joint letter and case management plan on August 21, 2026, as previously ordered.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Brett Van Benthysen*
Brett Van Benthysen

cc: (All parties of record)

Application granted. The initial pretrial conference scheduled for August 28, 2026 is adjourned to September 3 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's May 30, 2026 order are due no later than August 27, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.

SO ORDERED.

Dated: August 16, 2026
New York, New York

GREGORY H. WOODS
United States District Judge