USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

JUSTIN GOLDMAN,

Plaintiff,

-v-

ELMO KENNEDY O'CONNOR, *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-4180-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On June 8, 2026, Plaintiff Justin Goldman filed an amended complaint, Dkt. No. 13, against Defendants Empire Distribution, Inc. ("Empire"), Elmo Kennedy O'Connor, and TeamSesh LLC. On June 23, 2026, Empire filed a motion to dismiss Plaintiff's amended complaint, Dkt. No. 17. On July 20, 2026, in response to Defendant's motion to dismiss, Plaintiff amended his complaint pursuant to Rule 15(a)(1)(B), Dkt. No. 26. Accordingly, Empire's motion to dismiss Plaintiff's amended complaint at Dkt. No. 17 is denied as moot.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17

SO ORDERED.

Dated: August 20, 2026
New York, New York

GREGORY H. WOODS
United States District Judge