UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

Plaintiff,

-against-

ELMO KENNEDY O'CONNOR, ET AL.,

Defendant.

26 CIVIL 04180 (GHW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion & Order dated September 3, 2026, Empire's motion to dismiss Plaintiff's second amended complaint is GRANTED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 8, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**